IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| KEN MAGEE, <br><br> Plaintiff, <br><br> vs. <br><br> FEDEX FREIGHT, INC., and JOHN DOES NOS. I-V, <br><br> Defendants. | CV 23–37–BU–DLC <br><br><br> ORDER |

Before the Court is the parties' stipulated motion for dismissal with prejudice. (Doc. 45.) For good cause appearing,

IT IS ORDERED that the motion (Doc. 45) is GRANTED. This matter is DISMISSED WITH PREJUDICE with each party to bear their own attorney's fees and costs. The Clerk of Court is directed to close this file.

DATED this 11th day of October, 2024.

_____
Dana L. Christensen, District Judge
United States District Court

1